

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2013

No. 04-12-00772-CV

W.H. **SUTTON,** Arctic Royalty Limited Partnership, Julie S. Mueller, Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellant's first unopposed motion for extension of time to file reply brief is hereby GRANTED. Appellant's reply brief is due on or before July 26, 2013.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2013.

_____
Keith E. Hottle
Clerk of Court